IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHARLES VOJTA and ALISHA MITCHELL, on behalf of themselves and all others similarly situated**

    Plaintiff

v.

**EVOLVE BANK & TRUST**

    Defendant

Case No. 3:24-cv-00136-JM

**CLASS ACTION**

## MOTION TO WITHDRAW

Scout Snowden, of Poynter Law Group, PLLC, moves to withdraw as counsel for Charles Vojta and Alisha Mitchell in this action. In support of his motion, undersigned counsel states:

1. Scout Snowden has accepted an offer of employment with the State of Arkansas and will be leaving Poynter Law Group effective August 30, 2024.

2. Charles Mitchell and Alisha Vojta will continue to be represented by Poynter Law Group.

3. Accordingly, this withdrawal will not prejudice any party in this case.

WHEREFORE, Scout Snowden respectfully requests that the Court grant his motion to withdraw as counsel for Charles Vojta and Alisha Mitchell, who will continue to be represented by Poynter Law Group.

DATED:	August 29, 2024	Respectfully submitted,

_____
Scout Snowden, Ark. Bar No. 2021210
**POYNTER LAW GROUP, PLLC**
4924 Kavanaugh Blvd.
Little Rock, AR 72207
scout@poynterlawgroup.com
(501) 812-3943

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of August 2024, I filed the foregoing document with the Court's electronic filing system, which in turn will automatically serve all counsel of record.

                                                          Scout Snowden